IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                       :  CIVIL NO:  C-1-00-283
                                    JUDGE SPIEGEL

**AMANDA L. BARE,**

      Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                        GREGORY G. LOCKHART
                                        United States Attorney

                                        s/Deborah F. Sanders
                                        DEBORAH  F. SANDERS  #0043575
                                        Assistant United States Attorney
                                        303 Marconi Blvd., Suite 200
                                        Columbus, Ohio  43215
                                        (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Amanda L. Bare, 1713 Henry Avenue, Middletown, Ohio 45042.

s/Deborah F. Sanders
Deborah F. Sanders (0043575)
Assistant United States Attorney